# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| FRANK EDWIN PATE | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:19-CV-0735-S-BT |
| | § | |
| KIMBERLY PRIEST JOHNSON et al. | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge and hereby denies Plaintiff's motion to reinstate this case. *See* ECF No. 17.

**SO ORDERED.**

SIGNED January 3Q 2020.

_____

**UNITED STATES DISTRICT JUDGE**