# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| FRANKLIN EDWIN PATE | § § | |
| v. | § § | CIVIL ACTION NO. 3:19-CV-735-S-BT |
| KIMBERLY PRIEST JOHNSON, et al. | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 29. Petitioner filed objections. *See* ECF No. 30. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objections were made, and reviewed the remaining portions of the findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Court therefore **DENIES** Petitioner's Motion to Reinstate Case Due to Procedural and Due Process Errors by this Court [ECF No. 28]. The Clerk of Court is directed to close this case.

**SO ORDERED.**

SIGNED May 10, 2022.

_____
UNITED STATES DISTRICT JUDGE